# EXHIBIT "A"

| No. 1 | Image Professionals GmbH d/b/a StockFood |
|---|---|
| **Registration No.:** VA 1-652-274 | **Registration Date:** March 13, 2008 |
| **Title of Work:** "00649539" | |
| **Original** | |



**Link to Alleged Infringement:**

1. https://www.sohopizza.com/salads.html

**Screenshot**

