# Certificate of Registration

**EXHIBIT "B"**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**

VA 1-652-274

**Effective date of registration:**

March 13, 2008

## Title

**Title of Work:** Stockfood America

**Nature of Work:** database

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** December 18, 2006 **Nation of 1st Publication:** United States

## Author

- **Author:** Stockfood America

**Author Created:** Compilation of Photographs

**Work made for hire:** yes

**Citizen of:** United States **Domiciled in:** Maine

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Stockfood America

169 Port Road, Ste 41, Kennebunk, ME, 04043

## Limitation of copyright claim

**Previously registered:** No

**Basis of current registration:** This is the first application submitted by this author as claimant.

**New material included in claim:** Compilation Of Photographs

## Certification

**Name:** Deborah Free

**Date:** March 10, 2008

**Correspondence:** Yes